Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

AGNES QUINN, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY et al., Appellants.

*Negligence — carriers — railroads —passengers — injury to passenger on street railway car arising from collision with car of another company — recovery against both companies.*

Quinn v. *International Railway Co.*, 199 App. Div. 957, affirmed.

(Argued October 24, 1922; decided November 21, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 15, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff was a passenger upon a car of the defendant International Railway Company which was turning the curve from Chestnut into Swan street in the city of Buffalo, when it was struck by a car of the defendant Buffalo and Lake Erie Traction Company, proceeding east on Swan street, and as a result of this collision plaintiff received the injuries complained of, for which she has recovered a verdict against both defendants.

*Harold S. Brown* for International Railway Company, appellant.

*Thomas R. Wheeler* for receiver of Buffalo and Lake Erie Traction Company, appellant.

*John J. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: McLAUGHLIN, J.